AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

SERVED

RADLEY BRADFORD, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

Civil Action No. 4:23-cv-03242

WARMEST DEAR, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WARMEST DEAR, LLC
c/o REGISTERED AGENT
MYCORPORATION BUSINESS SERVICES, INC.
26025 MUREAU RD STE 120
CALABASAS, CA 91302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, *Clerk of Court*

Date: September 8, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

| | |
|---|---|
| **RADLEY BRADFORD, individually, and on behalf of all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**WARMEST DEAR, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 4:23-cv-03242<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, MELVIN RIDEOUT, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on September 13, 2023, at 10:48 am. I delivered these documents to Warmest Dear, LLC in Los Angeles County, CA on September 14, 2023 at 8:39 am at 26025 Mureau Rd, Suite 120, Calabasas, CA 91302 by leaving the following documents with Jen Bridget who as Clerk at My Corporate Business Services, Inc. is authorized by appointment or by law to receive service of process for Warmest Dear, LLC.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT

Additional Description:
Served

Hispanic or Latino Female, est. age 25, glasses: N, Black hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.152557373,-118.693881305
Photograph: See Exhibit 1

My name is MELVIN RIDEOUT, my date of birth is 12/22/1979, and my address is 941 S Vermont Avenue, 101537, Los Angeles, CA 90006, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed in <br> <u>Los Angeles County</u>, <br> <u>CA</u> on <u>9/15/2023</u> . | /s/ *MELVIN RIDEOUT* <br> ─────────────────── <br> MELVIN RIDEOUT <br> +1 (310) 988-6635 <br> Certification Number: 2023124305 <br> Expiration Date: 4/18/2025 |

Proof Job #363795　　　　　　　　　Paul Pankiewicz　　　　　　　　　Page 2