**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WARMEST DEAR, LLC,<br><br>Defendant. | Case No: 4:23-cv-03242 |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that RADLEY BRADFORD ("Plaintiff") and WARMEST DEAR, LLC ("Defendant") have reached a settlement. The Parties are in the process of completing the settlement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: December 1, 2023

Respectfully submitted,

**RADLEY BRADFORD**
By: */s/ Mohammed Badwan*

Mohammed Badwan, Esq.
Counsel for Plaintiff
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
mbadwan@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2023, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Mohammed Badwan*