**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

RADLEY BRADFORD, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

WARMEST DEAR, LLC.

Defendant.

Case No. 4:23-cv-03242

**STIPULATION OF DISMISSAL**

Plaintiff, RADLEY BRADFORD, and Defendant, WARMEST DEAR, LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against WARMEST DEAR, LLC. The parties further stipulate to the dismissal of the class claims without prejudice. Each party to bear its own attorney's fees and costs.

Dated: February 14, 2024

Respectfully submitted,

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan (Pro Hac Vice)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8180
Facsimile: (630) 575-8188
mbadwan@sulaimanlaw.com
Attorney for the Plaintiff

*/s/Joshua H. Threadcraft*
Joshua H. Threadcraft (attorney-in-charge)
Burr & Forman LLP
420 N. 20th Street
Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 413-8701
Joshua.Threadcraft@burr.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.