United States District Court
Southern District of Texas
**ENTERED**
February 14, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | Case No. 4:23-cv-03242 |
| v. | ) | |
| WARMEST DEAR, LLC. | ) | |
| Defendant. | ) | |

**ORDER**

This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal is GRANTED. The action against WARMEST DEAR, LLC is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any claims for prospective class members. Each party to bear its own attorney's fees and costs.

SIGNED on February 14, 2024.

George C. Hanks Jr.
UNITED STATES DISTRICT JUDGE